Henry M. Scharg

Attorney at Law

30445 Northwestern Hwy, Suite 225

Farmington Hills, Michigan 48334

July 18, 2024

To: Hon. F. Kay Biem

My name is Debra Dunn, I am the mother of Nicholas Alan Dunn. I am currently a employee at the City of Saginaw, in the Maintenance/Janitorial Department. I also volunteer at the Saginaw County Animal Care & Control, as well as other volunteer work in the community with various organizations.

Nicholas Alan Dunn was an excellent student throughout his entire school years, receiving praises from various teachers for his high accomplishments in his academic career. Nicholas is an avid reader of various books and novels and is a whiz kid at building computers from scratch. He is very wise in the Technology field.

I am proud to be his mother and I love my son deeply. I am hurt over this incident that has occurred in his life, it has devastated my life and that of his family. I am deeply troubled by everything that has happened, never in my lifetime did I think such a thing would happen.

Your Honor, I am asking that you have mercy on my son in sentencing time, which I have come to realize he must do and impose the minimum time allowed for this offense. He has never been in trouble before and he is not a threat to society.

With the help of counseling and time served I feel that he can once again become a productive and up standing man that I raised him to be. I had no control over the choice of people he allowed in his life, and I feel through reform he can make better choices.


Thank You

*Debra Dunn*

Debra Dunn

3884 Olive Street

Saginaw, Michigan 48601

941-421-4650