Henry M. Scharg

Attorney at Law

30445 Northwestern Hwy, Suite 225

Farmington Hills, Michigan 48334

July 18, 2024

To: Hon. F. Kay Biem

My name is Kevin Charles Dunn, the father of Nicholas Alan Dunn. I am currently retired from AC Spark Plug (Delco) after 31 years of service.

Nicholas Alan Dunn and I had a wonderful relationship in his growing years. We went fishing and took trips up north visiting other relatives, worked on vehicles together, showing him the ins and outs of mechanical skills. He is excellent at building computers, a skill that I taught him.

I love my son deeply. I am hurt over this incident that has occurred in his life, it has devastated my life as a father, I am deeply troubled by everything that disrupted his life and that of mine as his father. I didn't raise my son for anything like this to happen.

Your Honor, I am asking as only a father who loves his son dearly could ask, that you pose the minimum time allowed for this offense on him. My son has never been involved in anything like this before in his life. Please have mercy on my son in sentencing time, which I have come to realize he must do. I think about this everyday since it happened and can't stop thinking about the impact it has on me and my family. I had no control over the choice of people he allowed in his life,

once he became a grown man and lived away from home. I wish I could have still had control over him, but, once they leave home the way they live is on them.

Thank You

*Kevin Dunn*

Kevin Charles Dunn

3884 Olive Street

Saginaw, Michigan 48601

989-980-1923