# Henry M Scharg

Attorney at law

30445 Northwestern Hwy, Suite 225

Farmington Hills, Michigan 48334

Office 248-596-1111

Fax    248-671-0335

Email hmsattyatlaw@aol.com

July 24, 2024

Hon. F. Kay Biem

    My name is Matthew Dunn I am employed as a Construction Manager and have been in the Construction business since 2008 in Port Charlotte Florida, I have lived in the same area of Port Charlotte since 2004. Nick is my brother; I grew up with him in Flint Michigan, although I Moved to Florida in 2004.

    Nicholas Alan Dunn is a gifted and intelligent person. I have always believed that my brother could have risen to the top of anything he chose to put his mind too. Nick was always available to help me anytime I needed knowledgeable assistance; Nick helped me build this very computer I am writing this on, from a pile of pieces I had purchased from amazon over the phone 1500 miles away.

    I love my Brother and I am very hurt over what has occurred in his life, as well as the choices of friends that he allowed to surround himself with. It has had an everlasting devastating effect on the whole family more profoundly on our Mother and Father. We were not raised to act in this manner, although living in Flint was a challenge.

    Your Honor, I am writing this letter to ask that you please have mercy in your sentencing, and allow my brother to have some of his life back by giving him the minimum sentence allowed. Nick has never gotten into any trouble at all. I do realize that his actions are the reason that we are at this point in his life and that you will need to sentence him for what he had done. I have seen the remorse and shame for his actions on his face when speaking to him on the jail zoom calls.

Thank You for your consideration

_(signature)_ Date 7/29/24

Matthew P Dunn
79 Earnest St Port Charlotte Fl 33954
941-661-2470
floridamns@gmail.com