Henry M. Scharg

Attorney at Law

30445 Northwestern Hwy, Suite 225

Farmington Hills, Michigan 48334

July 26, 2024

To: Hon. F. Kay Biem

My name is KalaMae Dunn and I'm Nicholas' sister. I've been employed by the City of Saginaw for 5 years as a property appraiser. During this time I've volunteered at community clean up events, a local church's fish fry, and at the county animal shelter. Nicholas is ten years older than me but has always been there if I ever needed anything in my life.

Recently I was taking my friend back to his home in Ohio when the Interstate came to a stop. During this I noticed my brakes weren't stopping the car like they normally would. I got off at the next exit and found out my brake line had rusted through, and my brake fluid was draining out of my line. At this point I was 102 miles from home, in the middle of an agriculturally based community on a Sunday. I called my dad to see what I should do. He contacted some towing companies and mechanics in the area. He also contacted my brother. Most places were closed, and the towing companies wanted a lot of money for the 200 plus mile round trip to get me and my car back home. Nick took the time on his day off to drive the hour and a half to pick me up, my friend's family had gotten him, take me back home and drop my car off at a local mechanic.

In total that was a 3 hour round trip for him, he paid for the use of the tow truck and didn't even ask me for anything in return, and he dropped me off at home. This was just one of the many times he has helped me. As a kid my parents moved me to Florida and he purchased my plane ticket to Michigan so I could spend the summer with my best friend and her family. As an adult he has offered to loan me money to buy a house that was up for auction. He came to my house and fixed multiple things that I had no idea

how to fix. There are many times I can think of when Nick was willing to help me without asking for anything in return.

I do know that Nicholas is in jail for having sexual contact with children. I do not know the entirety of the case and every charge. I also do not know the recidivism rate of this type of crime. I ask that you, with your knowledge of these matters, make the best judgement possible in this case. If you feel this is a crime that will not be repeated with sentencing and counseling, then I ask that you take that into consideration when you make your decision.

Thank you for taking the time to read this,

*[signature]*

KalaMae Michael Dunn
2155 California Ave
Saginaw, MI 48601
(989) 295-9532