# Henry M Scharg

Attorney at law
30445 Northwestern Hwy, Suite 225
Farmington Hills, Michigan 48334
Office 248-596-1111
Fax    248-671-0335
Email hmsattyatlaw@aol.com

July 23, 2024

Hon. F. Kay Biem

    My name is Darlene S Gardner I am employed as a licensed mortgage originator and have been in this business since 1995 and a licensed Real Estate Agent since 2010 in Port Charlotte Florida, I have lived in the same area of Port Charlotte since 1982. Nicholas Alan Dunn he is my nephew, I have known him basically his whole life although I lived in Florida and he lived in Michigan until the time I offered him to come to Florida to live with My Daughter, mother and myself in which he did when he was 19 until he was 21, Nick had lived with us for almost 2 years until his friend offered him a good job back up north to run his Company. Nick is a very intelligent man and I believed Florida could have a better opportunity if he was to move to Florida than living in Flint Michigan.

    Nicholas Alan Dunn has always been a smart kid that I always believed living in the right area he could have been a CEO of a major Technology company. If I ever have an issue with any of my computers I knew I could always contact Nick to help me get my computers back up and working. I was happy that Nick asked me to help him purchase and finance his first house.

    I love my nephew and very hurt over what has occurred in his life. It has had a devastating effect on the whole family. He was raised with a Father and a Mother and was not raised to act like this.

    Your Honor, I am writing this letter to ask that you please look at his whole life and see that he has never been in any trouble of any kind. I do realize that he has done something that was wrong and that you will need to sentence him for what he had done. I am asking that you have mercy in your sentencing. I know he would not be a threat to society when he is released, I have seen the remorse in his face when speaking to him in jail.

Thank You for your consideration

X _____ Date 7/23/2024
Darlene S Gardner
79 Earnest St Port Charlotte Fl 33954
941-815-8730
realestatebydarlene@earthlink.net