## Henry M. Scharg

Attorney at Law

30445 Northwestern Hwy, Suite 225

Farmington Hills, Michigan 48334

Office: 248-596-1111

Fax: 248-671-0335

Email: hmsattyatlaw@aol.com

July 25, 2024

Honorable F. Kay Biem

    My name is Kimberly Gardner-Tolbert, I recently graduated with high honors in both my bachelor's and Master's degrees in Criminal Justice from South University; I have had my own business doing notary services since 2014 and I am a stay at home mom during the time I was finishing my college education, I live in Port Charlotte Florida and have lived in this same area since 1988 the same area where I conduct my business and raise my child.

    Nicolas Alan Dunn is my cousin, my mother is his aunt. When I was in middle school he had came and lived with us in Florida for some time, he is older than I am by a few years, and I learned how smart he was he understood things that most people would not comprehend when it came to computers and coding, he was a genius. He was very misunderstood because of it, his life revolved around gaming and learning this coding he would do. It was fascinating, he was a loaner then and he kept to himself, but he was always very intellectual so when I needed help with school, I would ask him for help, and he would help me in grasping what I couldn't get from what the teachers were explaining to me. He lived with us for maybe two or three years until he went back to take a job in a company for someone he knew. In my opinion, from being around Nicholas at a young age and learning from him he is an intelligent individual who is very misunderstood, who was also placed in situations where he was around the wrong people. When a person even when they are smart, and they have been in the terms of a loaner presents during their lifetime has people around them pushing them into a situation where they feel if they don't follow in suite, they will lose that comfort of friendship then they will then turn into a following role.

    I love my cousin deeply, and when I heard what was going on at this time in his life, I was heartbroken for him. This has been a very hard hit on so many in our family to see someone with such a bright future being accused of these things is difficult knowing his mother and father never raised him this way. Living with him while I was younger, and he never was the type of person he is being accused of being in this case it is actually stomach wrenching what someone's accusations can do to a person's life. Please consider your resources of information

before you condone my cousin for these acts/activities, he is a hardworking individual who tried to provide for his family.

    I believe that if my cousin Nicolas Alan Dunn had never taken the job and moved back to the North and stayed in Florida, his life would be in a different place than it is now. He would have never met the supposed friends who got him mixed up in all of this he is in now and he could probably be working on something he truly loved, might it be something having to do with computer engineering or coding? I don't know but the options are endless for a mind as unique as his they are hard to come by; I in no way condone what may or may not have happened by my cousin Nicolas Alan Dunn but I beg for the mercy of you the judge to please look at this man. See he has never had any troubles in the past with the law or any type of illegal activities even while being in a troubled area like Flint, he kept his nose clean, give him your mercy and allow him some mercy to be able to change his future to fulfill into something better for himself. Understanding the actions in this case are futile and inexcusable but I believe my cousin is not the monster everyone is putting him out to be only a mere pawn. He has remorse and shame for what has been said he has alleged of life is about learning and I believe my cousin has learned to choose his friends more wisely from now on.

Thank you for your consideration,

_____ Date 7-25-24

Kimberly Gardner-Tolbert

1451 Beacon Drive

Port Charlotte, Florida 33952

941-456-0111

Gardner906@gmail.com