UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-20652 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| D-1 NICHOLAS ALAN DUNN, | Curtis Ivy, Jr. |
| Defendants. | United States Magistrate Judge |
| _____ / | |

**ORDER TO ADJOURN AND EXTEND TIME FOR DETERMINATION OF**
**RESTITUTION AMOUNTS AT TO NICHOLAS ALAN DUNN**

Pursuant to 18 U.S.C. §§ 2259 and 3664, the Court finds that the Court intends to order restitution for MV-1, MV-3, and MV-4 as to defendant Nicholas Dunn, leaving open for more than 90 days after Mr. Dunn's sentencing only the amount of restitution; that there is good cause to adjourn and extend the time for determination of restitution amounts as to Mr. Dunn for approximately 30 days, until August 6, 2025, in order to allow parties additional time to confer regarding restitution matters and to prepare for a hearing on restitution matters; and that Mr. Dunn will not suffer prejudice from the adjournment and extension of time for determination of restitution amounts. Therefore:

**IT IS ORDERED** that the time to determine restitution amounts as to Nicholas Dunn be adjourned and extended until August 6, 2025, and a restitution hearing be set for August 7, 2025 at 1:00 PM.

**SO ORDERED.**

Date July 14, 2025                                                    s/F. Kay Behm
                                                                      F. Kay Behm
                                                                      United States District Judge